IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

ROBERT LEARN,

         *Plaintiff,*

    v.

GROUP LIFE, DEPENDENT LIFE,
ACCIDENTAL DEATH AND
DISMEMBERMENT INSURANCE FOR
EMPLOYEES OF CENTRA HEALTH, INC.,

         *Defendant.*

Civil Action No. 6:20-cv-00060-NKM

## JOINT MOTION TO AMEND PRETRIAL ORDER

Plaintiff Robert Learn and Defendant The Lincoln National Life Insurance Company ("Lincoln") hereby move, through undersigned counsel, to amend the Pretrial Order (Doc. No. 13) for the reasons set forth below:

1.    This matter is governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq*. ("ERISA"). Plaintiff seeks additional long-term disability benefits under a group policy of disability insurance that his former employer purchased from Lincoln, which is governed by ERISA. The parties propose that, instead of a trial, this case be decided on cross-motions for summary judgment based on an administrative record, pursuant to the schedule contained herein.

2.    In lieu of disclosures pursuant to Fed. R. Civ. P. 26(a)(1), the parties propose that Lincoln will file a copy of the administrative record with the Court and serve a copy on Plaintiff on or before **March 5, 2021.**

1

3.      The parties propose that Plaintiff will file any objections to the authenticity or completeness of the administrative record on or before **June 4, 2021**.

4.      Experts: this matter is an action for review of an administrative record and, as such, the parties agree that expert discovery is not necessary or appropriate here and that the requirements of Fed. R. Civ. P. 26(a)(2) shall be dispensed.

5.      Discovery: to the extent discovery is deemed necessary, the parties propose that all discovery shall be completed by **April 1, 2021.** The parties propose that any motion regarding discovery shall be filed by **May 7, 2021.**

6.      The parties do not request a trial before a Magistrate Judge.

7.      The parties do not anticipate any issues or complications regarding the disclosure, discovery, or preservation of electronically stored information.

8.      The parties do not anticipate any issues or complications regarding claims of privilege or of protection of trial-preparation materials, nor do the parties require an order pursuant to Federal Rule of Evidence 502.

9.      The parties do not anticipate that changes need to be made to the limitations on discovery as imposed under the Federal Rules of Civil Procedure or the Local Rules.

10.     Alternative dispute resolution: the parties have discussed mediation as a form of alternative dispute resolution and will notify the Court if they believe mediation would be beneficial to the resolution of this action.

11.     Trial date: because this matter is governed by ERISA, the parties respectfully request that this matter be resolved on cross-motions for summary judgment. Subject to the Court's approval, the parties request to file their motions for summary judgment based upon the administrative record pursuant to the following schedule:

2

a.  The parties will file and serve their motions for summary judgment and supporting memorandum on or before **July 9, 2021.**

b.  The parties will have **28 days** from the date the opposing party's motion for summary judgment was filed to file and serve their response briefs.

c.  To the extent deemed necessary, the parties will have **14 days** from the date the opposing party's response was filed to file and serve a reply brief.

12.    Subject to the Court's availability, the parties will then notify the Court of their intention to proceed without a hearing on their motions for summary judgment or, in the alternative, notice a hearing on the motions for summary judgment pursuant to the procedures set forth in the Pretrial Order.

IT IS SO ORDERED.

Date: _____                                    _____

WE ASK FOR THIS

| **/s/ Brandon S. Osterbind** | **/s/ A. Tevis Marshall** |
|---|---|
| Brandon S. Osterbind, Esq. | A. Tevis Marshall, Esq. (VSB No. 68401) |
| Kelly Ann Osterbind, Esq. | OGLETREE, DEAKINS, NASH, SMOAK & |
| OSTERBIND LAW, PLLC | STEWART, P.C. |
| 1216 Greenview Dr., Suite A | 901 E. Byrd Street, Suite 1300 |
| Lynchburg, VA 24502 | Richmond, Virginia 23219 |
| (434) 515-2807 | Phone: 804.663.2333 |
| bosterbind@osterbindlaw.com | tevis.marshall@ogletreedeakins.com |
| kosterbind@osterbindlaw.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |

3

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on February 1, 2021, I electronically filed this document with the Clerk of the United States District Court for the Western District of Virginia using the CM/ECF system, which will serve a copy on the following:

Brandon S. Osterbind, Esq.
Kelly Ann Osterbind, Esq.
OSTERBIND LAW, PLLC
1216 Greenview Dr., Suite A
Lynchburg, VA 24502
(434) 515-2807
bosterbind@osterbindlaw.com
kosterbind@osterbindlaw.com
*Counsel for Plaintiff*

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

By:    */s/ Tevis Marshall*
/s/ Tevis Marshall
A. Tevis Marshall (VSB No. 68401)
tevis.marshall@ogletreedeakins.com
Riverfront Plaza, West Tower
901 E. Byrd Street, Suite 1300
Richmond, Virginia 23219
Phone: 804.663.2333
Fax:    804.225.8641
*Attorneys for Defendant*

45703212.1

4