CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
2/5/2021
JULIA C. DUDLEY, CLERK
BY:  s/ A. Little
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| ROBERT LEARN,<br><br> *Plaintiff,*<br><br> v.<br><br>GROUP LIFE, DEPENDENT LIFE,<br>ACCIDENTAL DEATH AND<br>DISMEMBERMENT INSURANCE FOR<br>EMPLOYEES OF CENTRA HEALTH, INC.,<br><br> *Defendant.* | Civil Action No. 6:20-cv-00060 |

## ORDER

Now before the Court is the Joint Motion to Amend Pretrial Order (Doc. No. 14) filed through counsel by Defendant.  For good cause shown, the parties joint Motion is GRANTED. The following schedule is adopted:

- Defendant shall file and serve the administrative record by **March 5, 2021**;

- Plaintiff will file any objections to the authenticity or completeness of the administrative record on or before **June 4, 2021;**

- To the extent discovery is deemed necessary, discovery shall be completed by **April 1, 2021;**

- Any motion regarding discovery shall be filed by **May 7, 2021;**

- The parties will file and serve their motions for summary judgment and supporting memorandum on or before **July 9, 2021**;

- The parties will have **28 days** from the date the opposing party's motion for summary judgment was filed to file and serve their response briefs;

1

- To the extent deemed necessary, the parties will have **14 days** from the date the opposing party's response was filed to file and serve a reply brief.

- The parties will notify the Court of their intention to proceed without a hearing on the motions for summary judgment, or will notice a hearing on the motions for summary judgment pursuant to the procedures set forth in the Pretrial Order.

All other provisions of the Pretrial Order remain unchanged.

IT IS SO ORDERED.

Entered:  February 5, 2021

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge

2