# Ogletree
# Deakins

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

MAR 0 5 2021

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1300
Richmond, VA 23219
Telephone: 804-663-2330
Facsimile: 804-225-8641
www.ogletree.com

Tevis Marshall
804-663-2333
tevis.marshall@ogletree.com

March 4, 2021

## CONTAINS DOCUMENT SUBMITTED UNDER SEAL

**VIA OVERNIGHT MAIL**
Julie C. Dudley, Clerk
U.S. District Court
Western District of Virginia – Lynchburg
1101 Court St., Suite A66
Lynchburg, VA 24504

   RE: Robert Learn v. The Lincoln National Life In. Co.
     Civil Action No.: 6:20-cv-00060-NKM-RSB

Dear Ms. Dudley:

  Enclosed please find a flash drive containing the Administrative Record for the above-referenced matter, which is being submitted in connection with a Joint Motion to File Record for Judicial Review Under Seal [ECF No. 16] and proposed Order filed on today's date. We are submitting the documents electronically in light of the voluminous nature of the documents (i.e., more than 3,000 pages). If the Court prefers a paper copy of these documents, please let me know and we will send a copy as soon as possible.

  If you have any questions or concerns please contact me at your convenience. Thank you in advance for your assistance with this matter.

        Sincerely,

        Tevis Marshall

Enclosure

cc: Brandon Osterbind, Esquire
  Kelly Ann Osterbind, Esquire

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington