**Ogletree Deakins**

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

MAR 1 2 2021

JULIA C DUDLEY, CLERK
BY: *[signature]*
DEPUTY CLERK

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1300
Richmond, VA 23219
Telephone:  804-663-2330
Facsimile:  804-225-8641
www.ogletree.com

Tevis Marshall
804-663-2333
tevis.marshall@ogletree.com

March 9, 2021

### CONTAINS DOCUMENT SUBMITTED UNDER SEAL

**VIA OVERNIGHT MAIL**
Julie C. Dudley, Clerk
U.S. District Court
Western District of Virginia – Lynchburg
1101 Court St., Suite A66
Lynchburg, VA  24504

        RE:  Robert Learn v. The Lincoln National Life In. Co.
            Civil Action No.: 6:20-cv-00060-NKM-RSB

Dear Ms. Dudley:

Per a request made by Carmen Amos, we are submitting a new flash drive containing the Administrative Record for the above-referenced matter which has been broken down into sets of 50 megabytes or less. The Administrative Record is being submitted in connection with a Joint Motion to File Record for Judicial Review Under Seal [ECF No. 16] and proposed Order filed on March 4, 2021.

If you have any additional questions or concerns, please contact me at your convenience. Thank you in advance for your assistance with this matter.

            Sincerely,

            *[signature]*

            Tevis Marshall

Enclosure

cc:    Brandon Osterbind, Esquire
       Kelly Ann Osterbind, Esquire

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington