**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

|  |  |
|---|---|
| ROBERT LEARN,<br>        Plaintiff,<br><br>v.<br><br>GROUP LIFE, DEPENDENT LIFE,<br>ACCIDENTAL DEATH AND<br>DISMEMBERMENT INSURANCE FOR<br>EMPLOYEES OF CENTRA HEALTH,<br>INC.,<br>        Defendant. | CIVIL ACTION NO. 6:20-cv-0060 NKM |

**DEFENDANT'S MOTION
FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Defendant The Lincoln National Life Insurance Company ("Lincoln")[1] moves for

Judgment on the Administrative Record.  In support of this Motion, Lincoln relies on the

Memorandum of Law and Exhibits filed herewith.  As set forth in Lincoln's Memorandum, and

shown by the Administrative Record, Plaintiff did not meet his burden of proving any continuous

disability beyond March 5, 2019, and he cannot meet his burden here to show that Lincoln's

determination was incorrect and unreasonable.  Accordingly, Plaintiff is not entitled to further

---

[1] Lincoln was substituted as the Defendant in this case by this Court's order of January 20, 2021.
*See* ECF Doc. #12.

1

LTD benefits, and this Court should grant judgment in favor of Lincoln and dismiss Plaintiff's

claims with prejudice.

Dated: July 9, 2021                          Respectfully Submitted,

                                             THE LINCOLN NATIONAL LIFE
                                             INSURANCE COMPANY,

                                             By Its Attorneys,

                                             /s/ A. Tevis Marshall
                                             Tevis Marshall (VSB No. 68401)
                                             OGLETREE, DEAKINS, NASH, SMOAK &
                                             STEWART, P.C.
                                             Riverfront Plaza, West Tower
                                             901 E. Byrd Street, Suite 1300
                                             Richmond, Virginia 23219
                                             Telephone: 804.663.2333
                                             Facsimile: 804.225.8641
                                             tevis.marshall@ogletreedeakins.com

                                             -and-

                                             Kyle N. Kirby (admitted *Pro Hac Vice*)
                                             OGLETREE, DEAKINS, NASH, SMOAK &
                                             STEWART, P.C.
                                             Two Monument Square, Ste. 703
                                             Portland, Maine 04101
                                             Tel: (207) 387-2984
                                             Fax: (207) 387-2986
                                             kyle.kirby@ogletreedeakins.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9th day of July, 2021, the foregoing Defendant's Motion for Judgment on the Administrative Record was filed with the Clerk of Court using the CM/ECF system which will provide notification of such filing upon counsel of record in this matter:

Brandon S. Osterbind, Esq.
Kelly Ann Osterbind, Esq.
OSTERBIND LAW, PLLC
1216 Greenview Dr., Suite A
Lynchburg, VA 24502
(434) 515-2807
bosterbind@osterbindlaw.com
kosterbind@osterbindlaw.com

Joshua F. P. Long, Esq.
WOODS ROGERS PLC
10 S. Jefferson St., Suite 1400
Roanoke, VA 24011
(540) 332-3710
jlong@woodsrogers.com

/s/ A. Tevis Marshall
Tevis Marshall (VSB No. 68401)

47769051.1

3