**EXHIBIT A**

## Table Summarizing Lab Results

The following table summarizes the lab results concerning Plaintiff's measured hormone levels during the relevant periods before and after Lincoln determined that LTD benefits were no longer supported.

| Date | Event/Lab Results |
|---|---|
| February 21, 2017. | Dr. Reed letter: "In my opinion this gentleman's performance is very difficult to assess until he has been rendered biochemically euthyroid for a period of 8 weeks or more."  LIN2073. |
| February 27, 2017. | *Plaintiff Stops Work.* |
| March 3, 2017. | TSH levels low, LIN3007, but Free T4 levels within normal range.  LIN3004. |
| March 17, 2017. | TSH and Free T4 levels both within normal range.  LIN3007; LIN3004. |
| March 30, 2017. | TSH levels high, LIN3007, but Free T4 levels within normal range.  LIN3004. |
| May 25, 2017. | *End of Elimination Period.  LTD Benefits Begin.* |
| March 8, 2018. | TSH and Free T4 levels both within normal range.  LIN2750. |
| April 20, 2018. | TSH levels low, but Free T4 levels within normal range.  LIN2725. |
| June 7, 2018. | TSH and Free T4 levels both within normal range.  LIN2702. |
| September 11, 2018. | TSH and Free T4 levels both within normal range.  LIN2680. |
| September 12, 2018. | Dr. Reed letter, after reviewing lab results through September 11, 2018: "These values reflect now approximately 6 months of biochemical euthyroidism . . . .  I relayed to [Plaintiff] that he is now biochemically euthyroid and that I can no longer recommend a biochemical basis [for] any disability."  LIN2667. |
| March 5, 2019. | *Termination of LTD Benefits.* |
| July 17, 2019. | TSH, Free T3, and Free T4 levels all within normal range.  LIN1509. |
| August 20, 2019. | *Lincoln's First Uphold Determination.* |
| November 27, 2019. | TSH, Free T3, and Free T4 levels all within normal range.  LIN2085–86. |
| December 13, 2019. | Testosterone Serum and Free Testosterone both within normal ranges.  LIN2056–57. |
| May 21, 2020. | *Lincoln's Second Uphold Determination.* |

47456506.1