**IN THE UNITED STATES DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF VIRGINIA**
**(Lynchburg Division)**

| | | |
|---|---|---|
| **ROBERT LEARN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 6:20-cv-00060-** |
| | ) | **NKM** |
| **THE LINCOLN NATIONAL LIFE INSURANCE** | ) | |
| **COMPANY** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**
**(ERISA LONG-TERM DISABILITY BENEFITS)**

The Plaintiff moves for Summary Judgment based on the Administrative Record and on

the Memorandum of Law filed in support of the motion.

Respectfully submitted,

By Counsel: _____/s/_____
ROBERT LEARN

Brandon S. Osterbind, Esq. (VSB No.: 77159)
Kelly A. Osterbind, Esq. (VSB No.: 74984)
OSTERBIND LAW, PLLC
1216 Greenview Drive, Suite A
Lynchburg, VA 24502
Phone: 434-515-2807
Fax: 434-818-0895
bosterbind@osterbindlaw.com
kosterbind@osterbindlaw.com

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on July 9, 2021, I electronically filed this

document with the Clerk of the United States District Court for the Western District of Virginia

using the CM/ECF system, which will serve an electronic copy on the following:

Alexander Tevis Marshall, Esq. (Tevis.Marshall@ogletreedeakins.com)
Kyle Kirby, Esq. (kyle.kirby@ogletree.com)
Byrne Decker, Esq. (b.decker@ogletree.com)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Riverfront Plaza, West Tower
901 E. Byrd Street, Suite 1300
Richmond, Virginia 23219

/s/
Brandon S. Osterbind, Esq.

Page 2 of 2