**Exhibit A**

| Younker's Appeal Decision | Original Text from Record Reviewer | Source of Original Text |
|---|---|---|
| [LIN002315]<br><br>The medical records on file document you were euthyroid (normal) and stable in September 2018. The file indicates you had been released to return to work from a medical perspective as of 03/08/2018, and again in an e-mail in September 2018.<br><br>There are no additional medical records for physical impairments beyond 09/11/2018, and therefore, the medical records are insufficient in volume and content to support any physical restrictions or limitations from 03/05/2019 forward. In addition, there are no providers certifying physical disability for the time period of 03/05/2019 and forward. | [LIN000061]<br>[LIN002346]<br><br>The medical records document the claimant is euthyroid (normal) and stable in September 2018. The claimant has been released to return to work from a medical perspective as of 3/8/18, then again in an e-mail in September 2018.<br><br>There are no additional medical records beyond 9/11/18, and therefore, the medical records are insufficient in volume and content to support any physical restrictions or limitations from 3/5/19 forward. Also, there are no providers certifying physical disability for the time period of 3/5/19 and forward. | Lynn Sucha, RN<br>Nurse Disability Consultant II, Lincoln Financial Group |
| [LIN002315]<br><br>The available medical records do not provide adequate evidence of cognitive or psychiatric symptoms to result in functional impairment. Neuropsychological evaluation completed 05/24/2019 did not reflect memory or attention deficits | [LIN002344]<br>[LIN002321]<br><br>Overall, it is this reviewer's opinion that the available medical records do not provide adequate evidence of cognitive or psychiatric symptoms to result in functional impairment. Neuropsychological evaluation completed | Dr. Edan Critchfield<br>MLS Group of Companies, LLC |

| | |
|---|---|
| of a nature or severity that would be expected to result in functional impairment. Furthermore, multiple mental status examinations have reflected intact memory and attention. Anxiety and depression have been longstanding, and present during time periods when you had demonstrated the capacity to work. There is no record that psychological symptoms ever reached a severity necessitating a higher level of treatment, such as intensive outpatient or inpatient psychiatric admission | 5/24/2019 did not reflect memory or attention deficits of a nature or severity that would be expected to result in functional impairment. Furthermore, multiple mental status exams have reflected intact memory and attention. Anxiety and depression have been longstanding, and present during time periods when the claimant had demonstrated the capacity to work. There is no record that psychological symptoms ever reached a severity necessitating a higher level of treatment, such as intensive outpatient or inpatient psychiatric admission. |