**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

| | |
|---|---|
| ROBERT LEARN, <br>        Plaintiff, <br><br> v. <br><br> GROUP LIFE, DEPENDENT LIFE, <br> ACCIDENTAL DEATH AND <br> DISMEMBERMENT INSURANCE FOR <br> EMPLOYEES OF CENTRA HEALTH, <br> INC., <br>        Defendant. | CIVIL ACTION NO. 6:20-cv-0060 NKM |

## DEFENDANT'S NOTICE THAT ITS DISPOSITIVE MOTION IS RIPE FOR DECISION

Pursuant to this Court's Scheduling Order (ECF Doc. #13), Defendant The Lincoln

National Life Insurance Company ("Lincoln") hereby gives notice that its Motion for Judgment

on the Administrative Record (ECF Doc. #25, #26) is fully briefed and ripe for decision.

Lincoln does not request oral argument on its motion.

Dated: August 25, 2021

Respectfully Submitted,

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

By Its Attorneys,

/s/ A. Tevis Marshall
A. Tevis Marshall (VSB No. 68401)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Riverfront Plaza, West Tower
901 E. Byrd Street, Suite 1300
Richmond, Virginia 23219
Tel: 804.663.2333; Fax: 804.225.8641
tevis.marshall@ogletreedeakins.com

1

/s/ Byrne J. Decker
Byrne J. Decker (admitted *pro hac vice*)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Two Monument Square, Suite 703
Portland, ME 04101
Tel: (207) 387-2963; Fax: (207) 387-2986
byrne.decker@ogletree.com

/s/ Scott K. Pomeroy
Scott K. Pomeroy (admitted *pro hac vice*)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
One Boston Place, Suite 3500
Boston, Massachusetts 02108
Tel: (207) 387-2961; Fax: (207) 387-2986
scott.pomeroy@ogletree.com

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 25th day of August, 2021, the foregoing Defendant's Notice was filed with the Clerk of Court using the CM/ECF system, which will provide notification of such filing upon counsel of record in this matter:

Brandon S. Osterbind, Esq.
Kelly Ann Osterbind, Esq.
OSTERBIND LAW, PLLC
1216 Greenview Dr., Suite A
Lynchburg, VA 24502
(434) 515-2807
bosterbind@osterbindlaw.com
kosterbind@osterbindlaw.com

Joshua F. P. Long, Esq.
WOODS ROGERS PLC
10 S. Jefferson St., Suite 1400
Roanoke, VA 24011
(540) 332-3710
jlong@woodsrogers.com

/s/ A. Tevis Marshall
A. Tevis Marshall (VSB No. 68401)

48296854.1

3