**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
(Lynchburg Division)**

|  |  |
|---|---|
| ROBERT LEARN,<br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE<br>INSURANCE COMPANY | Case No. 6:20-cv-00060- NKM |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Robert Learn and Defendant The Lincoln National Life Insurance Company, by and through their respective counsel, hereby stipulate that all claims in the above-styled action shall be and the same hereby are dismissed without prejudice.  Each party shall bear his or its own costs and expenses of litigation.

Dated:  January 16, 2025.

ROBERT LEARN
By his Counsel,

/s/ Brandon S. Osterbind
Brandon S. Osterbind, Esq. (VSB No.: 77159)
Kelly A. Osterbind, Esq. (VSB No.: 74984)
OSTERBIND LAW, PLLC
1216 Greenview Drive, Suite A
Lynchburg, VA 24502
Phone: 434-515-2807
Fax: 434-818-0895
bosterbind@osterbindlaw.com
kosterbind@osterbindlaw.com

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,
By Its Counsel,

/s/ A. Tevis Marshall
A. Tevis Marshall (VSB No. 68401)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Riverfront Plaza, West Tower
901 E. Byrd Street, Suite 1300
Richmond, Virginia 23219
Tel: 804.663.2333; Fax: 804.225.8641
tevis.marshall@ogletreedeakins.com

/s/ Byrne J. Decker
Byrne J. Decker (admitted pro hac vice)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Two Monument Square, Suite 703
Portland, ME 04101

Tel: (207) 387-2963; Fax: (207) 387-2986
byrne.decker@ogletree.com

/s/ Scott K. Pomeroy
Scott K. Pomeroy (admitted pro hac vice)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
One Boston Place, Suite 3500
Boston, Massachusetts 02108
Tel: (207) 387-2961; Fax: (207) 387-2986
scott.pomeroy@ogletree.com

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on January 16, 2025, I electronically filed this document with the Clerk of the United States District Court for the Western District of Virginia using the CM/ECF system, which will serve an electronic copy on the following:

<table>
<tr>
<td>
Brandon S. Osterbind, Esq.<br>
Kelly Ann Osterbind, Esq.<br>
OSTERBIND LAW, PLLC<br>
1216 Greenview Dr., Suite A<br>
Lynchburg, VA 24502<br>
(434) 515-2807<br>
bosterbind@osterbindlaw.com<br>
kosterbind@osterbindlaw.com
</td>
<td>
Joshua F. P. Long, Esq.<br>
WOODS ROGERS PLC<br>
10 S. Jefferson St., Suite 1400<br>
Roanoke, VA 24011<br>
(540) 332-3710<br>
jlong@woodsrogers.com
</td>
</tr>
</table>

/s/ A. Tevis Marshall
Tevis Marshall (VSB No. 68401)

2

62262867.v1-OGLETREE